Form 210A (12/09)

# United States Bankruptcy Court

EASTERN DISTRICT OF TEXAS AT PLANO

In re <u>GEORGE D WIGINGTON</u>                     Case No. **11-41092**
       <u>TERESA L WIGINGTON</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CR Evergreen II, LLC</u> | <u>Chase Bank USA, N.A.</u> |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>16</u> |
|    CR Evergreen II, LLC | Amount of Claim: $<u>20,987.99</u> |
|    MS 550 | Date Claim Filed: <u>05/12/2011</u> |
|    PO Box 91121 | |
|    Seattle, WA 98111-9221 | |
| Phone: <u>(866) 670-2361</u> | Phone: <u>(866) 670-2361</u> |
| Last Four Digits of Acct #: <u>2881</u> | Last Four Digits of Acct #: <u>2881</u> |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ STEVEN G. KANE</u>                      Date: <u>7/31/2011</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

