Michael Reed
MCCREARY, VESELKA, BRAGG, AND ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680
512-323-3200

Attorneys for Wylie I.S.D.,
County of Denton

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

IN THE MATTER OF:  CASE NO. 11-41092

GEORGE D WIGINGTON AND TERESA L WIGINGTON,
WYLIE INVESTMENT GROUP, WYLIE INDUSTRIES,
WYLIE INDUSTRIES, TX GENERAL PARTNERSHIP,
WYLIE INVESTMENT GROUP, TX GEN PTNSHP

DEBTOR  CHAPTER 13

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COMES Wylie Independent School District, County of Denton, hereinafter referred to as claimants, and file their Objection to the Second Amended Chapter 13 Plan on the following grounds:

I.

The claims of the undersigned are included in the class of claims described as Secured Creditor in the Plan. The amount provided for this claimant is unacceptable in that the full amount owed to this claimant as reflected in its proof of claim is *Wylie I.S.D. $5,329.75* and *County of Denton $38,602.37*.

II.

These claims arise from property taxes for the tax years 2009-2011 due on the debtor's property described as real property located in these tax jurisdictions.

III.

WHEREFORE, claimants object to confirmation of the Plan, request that it not be confirmed unless appropriately modified, and further request other and such relief as is just and proper.

Dated: December 13, 2011

        Respectfully submitted,

        McCREARY, VESELKA, BRAGG & ALLEN, P.C.
        Attorneys for Claimants, Wylie Independent School
        District, County of Denton
        P. O. Box 1269
        Round Rock, Texas 78680
        (512) 323-3200

        /s/ Michael Reed_____
        Michael Reed
        State Bar Number 16685400

## CERTIFICATE OF SERVICE

   I hereby certify that I have placed a copy of the above Objection to Confirmation of the Chapter 13 Plan to George D Wigington and Teresa L Wigington, 2451 Elm Grove Road, Wylie, TX 75098; Michael J. Wiss, Attorney, Wiss & Freemyer, LLP, 11882 Greenvile Ave, Suite 111 Box 11, Dallas, TX 75243-3567; Janna L. Countryman, Trustee, PO Box 941166, Plano, TX 75094-1166, on December 13, 2011, by First Class U. S. Mail.

        /s/ Michael Reed_____
        Michael Reed