# EXHIBIT C

## LIQUIDATION ANALYSIS

**George D Wigington and Teresa L Wigington**
**Case 11-41092-BTR**

### TABLE 1 - DISTRIBUTION COMPARISON

| Property | CHAPTER 7 | CHAPTER 11 |
|---|---|---|
| Proceeds Available from CH7 Liquidation | $36,308 | n/a |
| CH7 Trustee Fees | $1,565 | n/a |
| CH7 Trustee Expense | | |
|    Legal  (for $ 7,000 recovery) | $2,000 | n/a |
|    Sales  (20% of property auctioned) | $460 | n/a |
| CH11 Administrative | | |
|    CH11 Attorney | $6,000 | $6,000 |
|    Trustee Fees | $1,300 | $1,300 |
|    2011 secured property taxes | $10,397 | $10,397 |
| | | (paid in full as secured) |
| Priority | | |
|    2010/11 unsecured propert tax | $5,407 | $6,348 |
|    IRS Priority Claim | $9,178 | $10,774 |
| Secured Claims | Receipt of Property | Allowed Secured Claim Paid in Full (or Receipt of Property) |
| Convenience Unsecured Class 8 | 0    (0% dividend) | $6,792    (50% Dividend) |
| General Unsecured Class 9 | 0    (0% dividend) | $60,000    (28% Dividend) * |

\* Dividend base on $215,888 of filed unsecured claims as of the Date of filing this Plan
Debtor estimates total allowed unsecured claims to be between $161,000 and $250,000
with the estimated Class 9 dividend ranging from  24%  37%

# EXHIBIT C

## LIQUIDATION ANALYSIS

**George D Wigington and Teresa L Wigington**
**Case 11-41092-BTR**

### TABLE 2 - PROCEEDS FROM CHAPTER 7 ASSET LIQUIDATION

| Property | Value | Liens | Exemption | Available for Creditors |
|---|---|---|---|---|
| Real Estate (see continuaton for details) | 683,080 | 531,067 | 152,013 | 0 |
| Cash | 46 | 0 | 0 | 46 |
| Bank Accounts | 23,373 | 0 | 0 | 23,373 |
| Accounts Receivable | 14,359 | 0 | 10,769 | 3,590 |
| Retirement Accounts | 32,618 | 0 | 32,618 | 0 |
| Household goods, books, furnishings, wearing apparel, jewelry, firearms, fitness, office licenses | 13,464 | 0 | 13,464 | 0 |
| Claims Held By Debtor | 7,000 | 0 | 0 | 7,000 |
| Vehicles | 11,050 | 0 | 9,700 | 1,350 |
| Business/ Farming equipment | 95,986 | 58201 | 36,836 | 949 |
| | | | Total Available | 36,308 |

# EXHIBIT C

## LIQUIDATION ANALYSIS   (cont)

**George D Wigington and Teresa L Wigington**
**Case 11-41092-BTR**

### TABLE 3  -  REAL PROPERTY ANALYSIS

| Property Description | Value | 1st Lien | 2nd Lien | 3rd Lien | Exemption | Available to Creditors |
|---|---|---|---|---|---|---|
| 2451 Elm Grove Road Wylie Texas | $311,950.00 | $159,937.34 | - | - | $152,012.66 homestead | exempt |
| 216 W. Division Pilot Point Texas | $260,000.00 | $45,264.32 Denton County | $214,735.68 FUB&T | - | - | 0 |
| * Hensley Lane, Wylie Texas | $111,130.00 | ** $43,853.00 TVLB | $6,347.61 Wylie ISD/ Collin Co | $60,929.39 FUB&T | - | 0 |
| 411 Dogwood Drive Wylie Tx | $76,300.00 | ** Foreclosed by JP Morgan Chase on 2/17/2012 not included in analysis | | | | 0 |

\* The legal title to the Hensley Lane property is held by Texas Veterans Land Board (TVLB).
  The debtors executed a contract for sale (contract for deed) with the
  TVLB.  Title will not be transferred to debtors until all contractual payments are made.
  This property is listed on Sched G vice Sched A for this reason, but is
  shown herein for complete and proper disclosure.

\*\* Amount shown for TVLB lien on Hensley Lane includes $43,478.00 balance plus $375 title transfer fee