IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| George D Wigington § | | Case No. 11-41092 |
| 2451 Elm Grove Road § | | |
| Wylie, TX 75098 § | | |
| COLLIN-TX § | | |
| (469) 235-1482 § | | |
| SSN / ITIN: xxx-xx-4787 § | | |
| § | | |
| Teresa L Wigington § | | Chapter 11 |
| 2451 Elm Grove Road § | | |
| Wylie, TX 75098 § | | |
| COLLIN-TX § | | |
| SSN / ITIN: xxx-xx-0949 § | | |
| § | | |
| Debtors § | | |
| § | | |

**AGREED ORDER GRANTING IN PART UNITED STATES TRUSTEE'S
MOTION TO DISMISS**

Came on for consideration the United States Trustee's Motion to Dismiss ("Motion") filed in the above-numbered and captioned bankruptcy case ("Case"). The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted, in part. Accordingly, it is hereby:

ORDERED that the Debtor will, on or before March 31, 2014 (the "Case Resolution Deadline"), either (a) dismiss the Case with prejudice for 180 days, (b) convert the Case to chapter 7, or (c) administratively close the Case; it is further

ORDERED if the Debtor fails to adhere to the Case Resolution Deadline, the U.S. Trustee may upload an order dismissing the case with prejudice for 180 days without further need for notice or hearing; it is further

ORDERED the Debtor may extend the Case Resolution Deadline for good cause shown on a motion filed before the Case Resolution Deadline.

SO ORDERED AND ADJUDGED.

Signed on 12/13/2013

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

U.S. Trustee William T. Neary

By: /s/ Marc Salitore
Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
903-590-1450
Email: marc.f.salitore@usdoj.gov

George & Teresa Wigington

By: /s/ Gregory Mitchell
Gregory W. Mitchell
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231
972-463-8417
Fax : 972-432-7540
Email: greg@mitchellps.com