IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| GEORGE D WIGINGTON AND § | Case No. 11-41092 | |
| TERESA L WIGINGTON § | | |
| and § | | |
| WYLIE INVESTMENT GROUP § | Case No. 13-40360 | |
| § | | |
| § | (Jointly Administered | |
| Debtors § | Under Case 11-41092) | |

### MOTION TO EXTEND DEADLINE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS MOTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Come now the reorganized debtors, George D Wigington and Teresa L Wigington

("**Debtors**"), by their attorney, and files in the above-numbered and captioned bankruptcy case

their Motion to Extend Case Resolution Deadline ("**Motion**") and respectfully state in support thereof:

## JURISDICTION

1. This Court has subject matter jurisdiction under 28 U.S.C §1334 and 157(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). The predicate for relief requested herein is Bankruptcy Code §1112(b), §105 and the terms of the Agreed Order itself.

## BACKGROUND

2. On April 4, 2011, Debtors initiated this Case by filing a voluntary petition for relief under Chapter 11 of Title 11.

3. On March 19, 2013, the Court ordered that the Case be jointly administered with the Bankruptcy Case of Wylie Investment Group 13-40360-BTR-CH11 and that all pleadings shall be filed in Case 11-41092.

4. On June 4, 2013, the Court confirmed the Debtors' plan of reorganization together with the plan filed by Wylie Investment Group in jointly administered case 13-40360.

5. On November 1, 2013, the U.S. Trustee filed a motion to dismiss ("**Motion to Dismiss**") the case.

6. The Debtors and the U.S. Trustee submitted an agreed order to the Court on or about December 12, 2013.

7. The Court issued an *Agreed Order Granting in Part United States Trustee's Motion to Dismiss* ("**Agreed Order**") [DOC 53] on December 13, 2013.

## APPLICABLE LAW AND ARGUMENT

11. The Agreed Order established March 31, 2014 as the Case Resolution Deadline.

12. The Agreed Order provides that "the Debtor may extend the Case Resolution Deadline for good cause shown on a motion filed before the case resolution deadline."

13. U.S.C. §105(a) provides that "The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

14. The Debtors filed a Motion to Extend Deadline on March 31, 2104, requesting to extend the deadline to June 30, 2014.  The Motion was unopposed, but the Court has not yet issued an order extending the deadline.

14. The Debtors assert that "good cause" exists to extend the case resolution deadline and offer the following in support:

   a. The IRS claims that it has, or intends to, offset George Wigington's personal and estate 2012 tax refund against the Debtors' 2011 taxes. Debtors believe the 2011 taxes are pre-petition per 11 U.S.C. §342 and that the IRS is violating the automatic stay per 11 U.S.C. 362(a)(6). Debtors are currently waiting for a response from the IRS regarding Debtors' dispute of the offset;
   b. The Debtors are current on all plan payments, operating reports and trustee fees, including payment of 1st quarter 2014 trustee fees;
   c. The Debtors believe the Case will be closed within the delay requested herein;
   d. Dismissal or conversion is not in the best interest of the creditors or the estate.

WHEREFORE, the reorganized Debtors respectfully request that the Court issue an order (a) extending the Case Resolution Deadline to September 30, 2014 and (b) granting such other further appropriate relief.

**DATED this 30th day of June, 2014.**

                Respectfully submitted,

                **THE MITCHELL LAW FIRM, L.P.**

                **/s/ Gregory W. Mitchell**
                Gregory W. Mitchell
                8140 Walnut Hill Lane, Suite 301

        Dallas, Texas 75231
        972-463-8417
        Facsimile: (972) 432-7540
        State Bar ID:  00791285
        E-mail: greg@mitchellps.com

        ATTORNEY FOR DEBTORS

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the attached master mailing matrix through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than July 1, 2014.

        /s/ Gregory Mitchell
        Attorney for Debtors.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 11-41092<br>Eastern District of Texas<br>Sherman<br>Sun Mar 30 17:32:31 CDT 2014 | Kadra D. Alexander<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd.<br>Addison, TX 75001-4417 | American National Bank of Texas<br>c/o Stromberg Stock, P.L.L.C.<br>Two Lincoln Centre<br>5420 LBJ Frwy, Ste 300<br>Dallas, TX 75240-6271 |
| BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CIGPF I Corp<br>C/O NCO Financial Systems, Inc.<br>PO Box 4941<br>Trenton, NJ 08650-4941 |
| CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A. by American Inf<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Home Finance LLC<br>c/o Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>610 West 5th Street, Suite 602<br>Austin, TX 78701-2872 | Citi Gold AAdvantage Card<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |
| CitiMortgage, Inc.<br>c/o BDFTE, LLP<br>15000 Surveyor Blvd Suite 100<br>Addison, TX 75001-4417 | Citimortgage, Inc.<br>P O BOX 140609<br>Irving, TX 75014-0609 | City of Wylie<br>c/o Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan St., Suite 1600<br>Dallas, TX 75201-2637 |
| Collin County Tax Assessor/Collector<br>c/o Gay McCall Isaacks et al<br>777 East 15th Street<br>Plano, TX 75074-5799 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2637 | David Renshaw<br>Renshaw, Davis & Ferguson LLP<br>P O Box 21<br>Greenville, TX 75403-0021 |
| Denton County<br>c/o Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 |
| Everbank Commercial Finance<br>10 Waterview Blvd<br>Parsippany, NJ 07054-7607 | Everbank Commercial Finance, Inc.<br>Attn: Bill Wellford<br>10 Waterview Blvd.<br>Parsippany, NJ 07054-7607 | First United Bank & Trust Co.<br>1400 West Main<br>Durant, OK 74701-4906 |
| First United Bank & Trust Company<br>c/o William Riley Nix<br>717 N. Crockett Street<br>Sherman, TX 75090-4979 | Leah Frazier<br>Barrett Daffin Frappier Turner & Engel<br>15000 Survyeor Blvd<br>Addison, TX 75001-4417 | GE Equipment Services<br>Trailer Fleet Service<br>530 East Swedesford<br>Wayne, PA 19087-1640 |
| Garold Bartow<br>1664 Granite Lane<br>Port Washington, WI 53074-2265 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Gregory Sawko<br>Sawko & Burroughs, PC<br>1100 Dallas Dr, Ste 100<br>Denton, TX 76205-5121 |

| | | |
|---|---|---|
| Home Depot Credit Services<br>PO Box 653001<br>Dallas, TX 75265-3001 | Laurie Spindler Huffman<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.,<br>c/o BDFTE, LLP<br>15000 Surveyor Blvd Suite 100<br>Addison, TX 75001-4417 | Paul K. Kim<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd. Suite 100<br>Addison, TX 75001-4417 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lindia, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | David McCall<br>Gay, McCall, Isaacks, et al<br>777 East 15th Street<br>Plano, TX 75074-5799 | Michael Wiss and Associates<br>11882 Greenville Avenue<br>Suite 111 Box 111<br>Dallas, Texas 75243-3567 |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Gregory W. Mitchell<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231-4328 | Michael S. Mitchell<br>DeMarco-Mitchell, PLLC<br>1255 West 15th Street<br>805<br>Plano, TX 75075-7225 |
| Cody Moorse<br>701 Highlander, Suite 270<br>Arlington, TX 76015-4600 | NCO Financial Systems Inc.<br>P.O. Box 15630<br>Dept 99<br>Wilmington, DE 19850-5630 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 |
| William Riley Nix<br>Nix & Winegeart, P.C.<br>717 North Crockett St.<br>Sherman, TX 75090-4979 | Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave., Ste. 300<br>Tyler, TX 75702-7231 | Old Navy / GEMB<br>P O Box 981064<br>El Paso, TX 79998-1064 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Richard S. Ralston<br>Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | Rausch, Sturm, Israel, Enderon & Hornik<br>15851 N. Dallas Parkway, Ste 245<br>Addison, TX 75001-6031 |
| James G. Rea<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 |
| Sidney H. Scheinberg<br>Godwin Lewis P.C.<br>5700 Granite Parkway, Suite 450<br>Plano, TX 75024-6646 | Sears Master Card<br>P O Box 6283<br>Siuox Falls, SD 57117-6283 | Sherwin Williams<br>540 Avenue K<br>Plano, TX 75074-8515 |
| Mark Stromberg<br>Stromberg Stock<br>Northpark Center<br>8750 N Central Expwy, Ste 625<br>Dallas, TX 75231-6452 | Sue Lynes<br>1630 Rolling Lane<br>Wylie, TX 75098-6600 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

| | | |
|---|---|---|
| Texas Veterans Land Bank<br>1 Corporate Dr Ste 350<br>Lake Zurich, IL 60047-8945 | Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>610 West 5th Street, Suite 602<br>Austin, TX 78701-2872 | Tygris Vendor Finance Inc<br>10 Waterview Blvd<br>Parsippany, NJ 07054-1286 |
| U S Trustee's Office<br>110 N. College #300<br>Ttyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Attorney's Office<br>110 North College, Suite 700<br>Tyler, Texas 75702-0204 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | W W Grainger, Inc.<br>Attn: Special Collections Dept<br>MES17871076014<br>7300 N Melvina<br>Niles, IL 60714-3906 |
| Wayne Wigington<br>12580 Audrey Lane<br>Hammond, LA 70401-4931 | George D Wigington<br>2451 Elm Grove Road<br>Wylie, TX 75098-6239 | Teresa L Wigington<br>2451 Elm Grove Road<br>Wylie, TX 75098-6239 |
| David L. Woods<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Wylie ISD<br>c/o Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Wylie Investment Group<br>2451 Elm Grove Road<br>Wylie, TX 75098-6239 |
| Ruth Harris Yeager<br>Office of the U.S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Lee Gordon<br>McCreary Veselka Bragg & Allen, PC<br>PO Box 1269<br>Round Rock, TX 78665 | Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | (d)Michael Reed<br>McCreary, Veselka, Bragg, & Allen, PC<br>P. O. Box 1269<br>Round Rock, TX 78680 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American National Bank of Texas<br>c/o Stromberg Stock P.L.L.C.<br>Two Lincoln Centre<br>5420 LBJ Frwy, Ste 300<br>Dallas, TX 75240-6271 | (d)American National Bank of Texas<br>c/o Stromberg Stock P.L.L.C.<br>Two Lincoln Centre<br>5420 LBJ Frwy, Ste 300<br>Dallas, TX 75240-6271 | (d)CIGPF I Corp.<br>c/o NCO Financial Systems, Inc.<br>PO box 4941<br>Trenton, NJ 08650-4941 |
| (d)CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (d)Candica LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | (d)Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| (d)Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (d)Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (d)Chase Home Finance LLC<br>c/o Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>610 West 5th Street, Suite 602<br>Austin, TX 78701-2872 |
| (d)Citi Gold Aadvantage Card<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | (d)Citimortgage, Inc.<br>P O BOX 140609<br>Irving, TX 75014-0609 | (d)City of Wylie<br>c/o Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson,LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2637 |
| (d)Collin County Tax Assessor/Collector<br>c/o Gay McCall Isaacks et al<br>777 East 15th Street<br>Plano, TX 75074-5799 | (d)Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2637 | (d)Denton County<br>c/o Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| (d)Denton County<br>c/o Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 | (d)Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (d)Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (u)Discover Bank DB Servicing Corporation | (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (d)Home Depot Credit Services<br>PO Box 653001<br>Dallas, TX 75265-3001 |
| (d)Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (d)LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (d)Lindia, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| (d)Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | (d)Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | (d)Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| (d)Sherwin Williams Co<br>540 Avenue K<br>Plano, TX 75074-8515 | (d)Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | (d)W W Grainger, Inc.<br>Attn: Special Collections Dept<br>MES17871076014<br>7300 N Melvina<br>Niles, IL 60714-3906 |

(d)Wylie ISD
c/o Michael Reed
PO Box 1269
Round Rock, TX 78680-1269

End of Label Matrix
Mailable recipients    75
Bypassed recipients    31
Total                 106