# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE D WIGINGTON AND | § | CASE NO.: 11-41092 |
| | § | |
| TERESA L WIGINGTON | § | |
| | § | |
| Debtors | § | CHAPTER 11 |

## MOTION TO REOPEN CASE AND MOTION FOR DISCHARGE

COME NOW George D. Wigington and Teresa L. Wigington, ("**Debtors**"), Debtors in the above- styled and numbered case, and file this their Motion to Reopen Case and Motion for Discharge (the "**Motion**") and in support thereof would respectfully show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Debtors filed their voluntary petition under Chapter 13, Title 11, of the United States Bankruptcy Code on April 4, 2011, in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division. On April 12, 2012, on the Debtors' motion, the case was converted to a Chapter 11 case [Docket 123] (the "**Conversion Order**").

3. On June 04, 2013, this Court entered its order confirming the Debtors' plan of reorganization [Docket No. 338] (the "**Confirmation Order**").

4. On November 03, 2014, this Court entered its order granting provisional closing of the case [Docket No. 425] (the "**Provisional Closing Order**").

5. Part of the Provisional Closing Order required that, in order to receive their

discharge, Debtors had to file a Motion to Reopen and Notice of Plan completion once all payments required under the plan had been tendered by Debtors.

6. Since the Court entered the Provisional Closing Order, Debtors have tendered all payments required under the confirmed plan.

7. Debtors George D. Wigington and Teresa L. Wigington have each filed a "Notice of Plan Completion by Individual Debtor in a Chapter 11 Case" (TXEB Local Form 4004-b) contemporaneously with the filing of this motion.

8. Debtors George D. Wigington and Teresa L. Wigington have each completed a Financial Management Course and filed a Financial Management Course Certificate [Docket Nos. 427 and 428, respectively].

9. Debtors, George D. Wigington and Teresa L. Wigington now file this Motion, seeking to reopen the case to obtain their discharge.

WHEREFORE, PREMISES CONSIDERED, Debtors George D. Wigington and Teresa L. Wigington respectfully pray that the Court reopen the case for the purpose of granting Debtors a discharge, grant the Debtors a discharge, and for such other and further relief, both at law and in equity, to which Debtors may show themselves to be justly entitled.

**DATED this 1st day of November, 2017.**

Respectfully submitted,

*/s/ Gregory W. Mitchell*
Gregory W. Mitchell
12720 Hillcrest Road
Suite 625
Dallas, TX 75230
972-463-8417
972-432-7540 (fax)
greg@mitchellps.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of November, 2017, a true and correct copy of the foregoing pleading has been forwarded, via first class mail, postage prepaid, or through the courts CM/ECF electronic mail system if available, to all parties on the attached service list.

                                                                  */s/ Gregory W. Mitchell*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 11-41092<br>Eastern District of Texas<br>Sherman<br>Wed Nov  1 00:14:44 CDT 2017 | Kadra D. Alexander<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd.<br>Addison, TX 75001-4417 | American National Bank of Texas<br>c/o Stromberg Stock, P.L.L.C.<br>Two Lincoln Centre<br>5420 LBJ Frwy, Ste 300<br>Dallas, TX 75240-6271 |
| BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CIGPF I Corp<br>C/O NCO Financial Systems, Inc.<br>PO Box 4941<br>Trenton, NJ 08650-4941 |
| CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A. by American Inf<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Home Finance LLC<br>c/o Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>610 West 5th Street, Suite 602<br>Austin, TX 78701-2872 | Citi Gold AAdvantage Card<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |
| CitiMortgage, Inc.<br>c/o BDFTE, LLP<br>15000 Surveyor Blvd Suite 100<br>Addison, TX 75001-4417 | Citimortgage, Inc.<br>P O BOX 140609<br>Irving, TX 75014-0609 | City of Wylie<br>c/o Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan St., Suite 1600<br>Dallas, TX 75201-2637 |
| Collin County Tax Assessor/Collector<br>c/o Gay McCall Isaacks et al<br>777 East 15th Street<br>Plano, TX 75074-5799 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2637 | David Renshaw<br>Renshaw, Davis & Ferguson LLP<br>P O Box 21<br>Greenville, TX 75403-0021 |
| Denton County<br>c/o Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 |
| Everbank Commercial Finance<br>10 Waterview Blvd<br>Parsippany, NJ 07054-7607 | Everbank Commercial Finance, Inc.<br>Attn: Bill Wellford<br>10 Waterview Blvd.<br>Parsippany, NJ 07054-7607 | First United Bank & Trust Co.<br>1400 West Main<br>Durant, OK 74701-4906 |
| First United Bank & Trust Company<br>c/o William Riley Nix<br>717 N. Crockett Street<br>Sherman, TX 75090-4979 | Leah Frazier<br> Barrett Daffin Frappier Turner & Engel<br>15000 Survyeor Blvd<br>Addison, TX 75001-4417 | GE Equipment Services<br>Trailer Fleet Service<br>530 East Swedesford<br>Wayne, PA 19087-1603 |
| Garold Bartow<br>1664 Granite Lane<br>Port Washington, WI 53074-2265 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Gregory Sawko<br>Sawko & Burroughs, PC<br>1100 Dallas Dr, Ste 100<br>Denton, TX 76205-5121 |

| | | |
|---|---|---|
| Home Depot Credit Services<br>PO Box 653001<br>Dallas, TX 75265-3001 | Laurie Spindler Huffman<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.,<br>c/o BDFTE, LLP<br>15000 Surveyor Blvd Suite 100<br>Addison, TX 75001-4417 | Paul K. Kim<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd. Suite 100<br>Addison, TX 75001-4417 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lindia, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | David McCall<br>Gay, McCall, Isaacks, et al<br>777 East 15th Street<br>Plano, TX 75074-5799 | Michael Wiss and Associates<br>11882 Greenville Avenue<br>Suite 111  Box 111<br>Dallas, Texas 75243-3567 |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Gregory W. Mitchell<br>12720 Hillcrest Road<br>Suite 625<br>Dallas, TX 75230-2163 | Michael S. Mitchell<br>DeMarco-Mitchell, PLLC<br>1255 West 15th Street<br>805<br>Plano, TX 75075-7225 |
| Cody Moorse<br>701 Highlander, Suite 270<br>Arlington, TX 76015-4600 | NCO Financial Systems Inc.<br>P.O. Box 15630<br>Dept 99<br>Wilmington, DE 19850-5630 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 |
| William Riley Nix<br>Nix & Winegeart, P.C.<br>717 North Crockett St.<br>Sherman, TX 75090-4979 | Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave., Ste. 300<br>Tyler, TX 75702-7231 | Old Navy / GEMB<br>P O Box 981064<br>El Paso, TX 79998-1064 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Richard S. Ralston<br>Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | Rausch, Sturm, Israel, Enderon & Hornik<br>15851 N. Dallas Parkway, Ste 245<br>Addison, TX 75001-6031 |
| James G. Rea<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 |
| Sidney H. Scheinberg<br>Godwin Bowman & Martinez PC<br>1201 Elm Street<br>Suite 1700<br>Dallas, TX 75270-2041 | Sears Master Card<br>P O Box 6283<br>Siuox Falls, SD 57117-6283 | Sherwin Williams<br>540 Avenue K<br>Plano, TX 75074-8515 |
| Mark Stromberg<br>Stromberg Stock<br>8750 N Central Expy, Ste 625<br>Dallas, TX 75231-6452 | Sue Lynes<br>1630 Rolling Lane<br>Wylie, TX 75098-6600 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

| | | |
|---|---|---|
| Texas Veterans Land Bank<br>1 Corporate Dr Ste 350<br>Lake Zurich, IL 60047-8945 | Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>3809 Juniper Trace, Suite 205<br>Austin, TX 78738-5538 | Tygris Vendor Finance Inc<br>10 Waterview Blvd<br>Parsippany, NJ 07054-1286 |
| U S Trustee's Office<br>110 N. College #300<br>Ttyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Attorney's Office<br>110 North College, Suite 700<br>Tyler, Texas 75702-0204 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | W W Grainger, Inc.<br>Attn: Special Collections Dept<br>MES17871076014<br>7300 N Melvina<br>Niles, IL 60714-3906 |
| Wayne Wigington<br>12580 Audrey Lane<br>Hammond, LA 70401-4931 | George D Wigington<br>2451 Elm Grove Road<br>Wylie, TX 75098-6239 | Teresa L Wigington<br>2451 Elm Grove Road<br>Wylie, TX 75098-6239 |
| David L. Woods<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Wylie ISD<br>c/o Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Ruth Harris Yeager<br>Office of the U.S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Lee Gordon<br>McCreary Veselka Bragg & Allen, PC<br>PO Box 1269<br>Round Rock, TX 78665 | Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | (d)Michael Reed<br>McCreary, Veselka, Bragg, & Allen, PC<br>P. O. Box 1269<br>Round Rock, TX 78680 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American National Bank of Texas<br>c/o Stromberg Stock P.L.L.C.<br>Two Lincoln Centre<br>5420 LBJ Frwy, Ste 300<br>Dallas, TX 75240-6271 | (d)American National Bank of Texas<br>c/o Stromberg Stock P.L.L.C.<br>Two Lincoln Centre<br>5420 LBJ Frwy, Ste 300<br>Dallas, TX 75240-6271 | (d)CIGPF I Corp.<br>c/o NCO Financial Systems, Inc.<br>PO box 4941<br>Trenton, NJ 08650-4941 |

(d)CR Evergreen II, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(d)Candica LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

(d)Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083


(d)Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

(d)Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

(d)Chase Home Finance LLC
c/o Steve Turner
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, TX 78701-2872


(d)Citi Gold Aadvantage Card
PO Box 6077
Sioux Falls, SD 57117-6077

(d)Citimortgage, Inc.
P O BOX 140609
Irving, TX 75014-0609

(d)City of Wylie
c/o Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201-2637


(d)Collin County Tax Assessor/Collector
c/o Gay McCall Isaacks et al
777 East 15th Street
Plano, TX 75074-5799

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street Suite 1600
Dallas, TX 75201-2637

(d)Denton County
c/o Michael Reed
P O Box 1269
Round Rock, TX 78680-1269


(d)Denton County
c/o Michael Reed
P O Box 1269
Round Rock, TX 78680-1269

(d)Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

(d)Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025


(u)Discover Bank DB Servicing Corporation

(d)East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)Home Depot Credit Services
PO Box 653001
Dallas, TX 75265-3001


(d)Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(d)Lindia, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132


(d)Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

(d)Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

(d)Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605


(d)Sherwin Williams Co
540 Avenue K
Plano, TX 75074-8515

(d)Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

(d)W W Grainger, Inc.
Attn: Special Collections Dept
MES17871076014
7300 N Melvina
Niles, IL 60714-3906


(d)Wylie ISD
c/o Michael Reed
PO Box 1269
Round Rock, TX 78680-1269

End of Label Matrix
Mailable recipients    74
Bypassed recipients    31
Total                 105