IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| GEORGE D WIGINGTON AND TERESA L WIGINGTON | § § § § | Case No. 11-41092 |
| Debtors | § | Chapter 11 |

**NOTICE OF PLAN COMPLETION AND §522(q) STATEMENT
BY INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE**

I, __GEORGE D WIGINGTON__, as a debtor in the above-referenced Chapter 11 case, declare under penalty of perjury that:

(1) I [X] have [ ] have not: tendered all payments to creditors required to be tendered by me under the provisions of the confirmed Chapter 11 plan in this case;

(2) I [ ] have [X] have not: been convicted of a felony (as defined in 18 U.S.C. §3156), the circumstances of which demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of Title 11, United States Code;

(3) I [ ] do [X] do not: owe a pre-confirmation debt arising from any violation of any federal or state securities law or any regulation r order arising from such law;

(4) I [ ] do [X] do not: owe a pre-confirmation debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase of any registered security;

(5) I [ ] do [X] do not: owe a pre-confirmation debt arising from any civil remedy provided by 18 U.S.C. §1964;

(6) I [ ] do [X] do not: owe a pre-confirmation debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual during the five (5) years preceding the filing of this bankruptcy case; and

(7) there is no pending proceeding in which I may be found guilty of a felony or be found liable for a debt which would alter any of the foregoing declarations.

Date: __November 01, 2017__   Signature: _____
George D Wigington, Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE D WIGINGTON AND | § | Case No. 11-41092 |
| TERESA L WIGINGTON | § | |
| | § | |
| Debtors | § | Chapter 11 |

## NOTICE OF PLAN COMPLETION AND §522(q) STATEMENT
## BY INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

I, __TERESA L WIGINGTON__, as a debtor in the above-referenced Chapter 11 case, declare under penalty of perjury that:

(1) I [X] have [ ] have not: tendered all payments to creditors required to be tendered by me under the provisions of the confirmed Chapter 11 plan in this case;

(2) I [ ] have [X] have not: been convicted of a felony (as defined in 18 U.S.C. §3156), the circumstances of which demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of Title 11, United States Code;

(3) I [ ] do [X] do not: owe a pre-confirmation debt arising from any violation of any federal or state securities law or any regulation or order arising from such law;

(4) I [ ] do [X] do not: owe a pre-confirmation debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase of any registered security;

(5) I [ ] do [X] do not: owe a pre-confirmation debt arising from any civil remedy provided by 18 U.S.C. §1964;

(6) I [ ] do [X] do not: owe a pre-confirmation debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual during the five (5) years preceding the filing of this bankruptcy case; and

(7) there is no pending proceeding in which I may be found guilty of a felony or be found liable for a debt which would alter any of the foregoing declarations.

Date: November 01, 2017       Signature: _Teresa L Wigington_
                                                  Teresa L Wigington, Debtor