**EOD**

11/03/2017

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:                              §
                                    §
GEORGE D WIGINGTON AND              §       CASE NO.:   11-41092
                                    §
TERESA L WIGINGTON                  §
                                    §
Debtors                             §       CHAPTER 11


**ORDER GRANTING MOTION TO REOPEN CASE**


The Court having considered the Debtors' Motion to Reopen Case, the same being noticed

to all parties in interest and no objections being filed, it is hereby:

ORDERED that the above captioned case is reopened.


Signed on 11/3/2017

_Brenda T. Rhoades_   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE