

EOD
11/03/2017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: §
§
GEORGE D WIGINGTON AND § CASE NO.: 11-41092
§
TERESA L WIGINGTON §
§
Debtors § CHAPTER 11

## ORDER GRANTING MOTION TO REOPEN CASE

The Court having considered the Debtors' Motion to Reopen Case, the same being noticed to all parties in interest and no objections being filed, it is hereby:

ORDERED that the above captioned case is reopened.

Signed on 11/3/2017

_Brenda T. Rhoades_  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re:  
George D Wigington  
Teresa L Wigington  
    Debtors

Case No. 11-41092-btr  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: shannonk      Page 1 of 4      Date Rcvd: Nov 03, 2017  
                   Form ID: pdf400      Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.

```
db/jdb         +George D Wigington,    Teresa L Wigington,    2451 Elm Grove Road,    Wylie, TX 75098-6239
cr              Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC  28272-1083
cr             +CitiMortgage, Inc.,    c/o BDFTE, LLP,    15000 Surveyor Blvd Suite 100,    Addison, TX 75001-4417
cr             +Everbank Commercial Finance,    10 Waterview Blvd,    Parsippany, NJ 07054-7607
cr              First United Bank & Trust Company,    c/o William Riley Nix,    717 N. Crockett Street,
                 Sherman, TX  75090-4979
cr             +JPMorgan Chase Bank, N.A.,,    c/o BDFTE, LLP,    15000 Surveyor Blvd Suite 100,
                 Addison, TX 75001-4417
5990993        +American National Bank of Texas,    c/o Stromberg Stock P.L.L.C.,    Two Lincoln Centre,
                 5420 LBJ Frwy, Ste 300,    Dallas, TX 75240-6271
5990995         Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5990996         Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
5990997        #+Chase Home Finance LLC,    c/o Steve Turner,    Barrett Daffin Frappier Turner & Engel,
                 610 West 5th Street, Suite 602,    Austin, TX 78701-2872
5990999        +Citi Gold AAdvantage Card,    PO Box 6077,    Sioux Falls, SD 57117-6077
5991000         Citimortgage, Inc.,    P O BOX 140609,    Irving, TX 75014-0609
5991005        +David Renshaw,    Renshaw, Davis & Ferguson LLP,    P O Box 21,    Greenville, TX 75403-0021
6005739        +Everbank Commercial Finance, Inc.,    Attn: Bill Wellford,    10 Waterview Blvd.,
                 Parsippany, NJ 07054-7607
5991010        +GE Equipment Services,    Trailer Fleet Service,    530 East Swedesford,    Wayne, PA 19087-1603
5991009        +Garold Bartow,    1664 Granite Lane,    Port Washington, WI 53074-2265
5991012        +Gregory Sawko,    Sawko & Burroughs, PC,    1100 Dallas Dr, Ste 100,    Denton, TX 76205-5121
5991014         Home Depot Credit Services,    PO Box 653001,    Dallas, TX 75265-3001
5991017         Michael Wiss and Associates,    11882 Greenville Avenue,    Suite 111  Box 111,
                 Dallas, Texas 75243-3567
5991023         Sears Master Card,    P O Box 6283,    Siuox Falls, SD 57117-6283
5991024         Sherwin Williams Co,    540 Avenue K,    Plano, TX 75074-8515
5991025        +Sue Lynes,    1630 Rolling Lane,    Wylie, TX 75098-6600
5991027         Texas Veterans Land Bank,    1 Corporate Dr Ste 350,    Lake Zurich, IL 60047-8945
5991028        +Tygris Vendor Finance Inc,    10 Waterview Blvd,    Parsippany, NJ 07054-1286
5991030        +U.S. Attorney's Office,    110 North College, Suite 700,    Tyler, Texas 75702-0204
5991031        +Wayne Wigington,    12580 Audrey Lane,    Hammond, LA 70401-4931
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
6021049        +E-mail/Text: bncmail@w-legal.com Nov 04 2017 00:58:32     BACK BOWL I LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
6011749        +E-mail/Text: bncmail@w-legal.com Nov 04 2017 00:58:32     CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
6040503        +E-mail/Text: bankruptcydepartment@tsico.com Nov 04 2017 00:58:50     CIGPF I Corp,
                 C/O NCO Financial Systems, Inc.,    PO Box 4941,    Trenton, NJ 08650-4941
6099793         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 04 2017 01:04:59
                 CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
6010226        +E-mail/Text: dallas.bankruptcy@LGBS.com Nov 04 2017 00:58:29     City of Wylie,
                 c/o Laurie Spindler Huffman,    Linebarger Goggan Blair & Sampson,LLP,
                 2323 Bryan Street Suite 1600,    Dallas, TX 75201-2637
5991003        +E-mail/Text: bankruptcy@gmigr.com Nov 04 2017 00:58:23     Collin County Tax Assessor/Collector,
                 c/o Gay McCall Isaacks et al,    777 East 15th Street,    Plano, TX 75074-5799
6388712        +E-mail/Text: dallas.bankruptcy@LGBS.com Nov 04 2017 00:58:29     Dallas County,
                 Linebarger Goggan Blair & Sampson, LLP,    c/o Laurie Spindler Huffman,
                 2323 Bryan Street Suite 1600,    Dallas, TX 75201-2637
5991006        +E-mail/Text: KMORRISS@mvbalaw.com Nov 04 2017 00:58:22     Denton County,    c/o Michael Reed,
                 P O Box 1269,    Round Rock, TX 78680-1269
5991007         E-mail/Text: mrdiscen@discover.com Nov 04 2017 00:58:01     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
6175394        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 04 2017 01:05:10
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
6023486        +E-mail/Text: specialassets@firstunitedbank.com Nov 04 2017 00:58:41
                 First United Bank & Trust Co.,    1400 West Main,    Durant, OK 74701-4906
5991015         E-mail/Text: cio.bncmail@irs.gov Nov 04 2017 00:58:10     Internal Revenue Service,
                 Department of the Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
6085438         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 04 2017 01:19:17     LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
6240754        +E-mail/Text: bncmail@w-legal.com Nov 04 2017 00:58:32     Lindia, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
5999186        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 04 2017 00:58:27     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
5991020        +E-mail/Text: bankruptcydepartment@tsico.com Nov 04 2017 00:58:50     NCO Financial Systems Inc.,
                 P.O. Box 15630,    Dept 99,    Wilmington, DE 19850-5630
6067999         E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 04 2017 00:59:02     Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
```

```
District/off: 0540-4           User: shannonk               Page 2 of 4                   Date Rcvd: Nov 03, 2017
                               Form ID: pdf400              Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5991021        E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2017 01:05:16      Old Navy / GEMB,    P O Box 981064,
                El Paso, TX 79998-1064
6064317        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 04 2017 01:05:00
                Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
5997348        E-mail/PDF: rmscedi@recoverycorp.com Nov 04 2017 01:05:08
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                Miami, FL 33131-1605
5997234       +E-mail/Text: bncmail@w-legal.com Nov 04 2017 00:58:32      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5991029       +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Nov 04 2017 00:58:18      U S Trustee’s Office,
                110 N. College #300,    Ttyler, TX 75702-7231
6530751       +E-mail/Text: bncmail@w-legal.com Nov 04 2017 00:58:43      Vanda, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
6011671       +E-mail/Text: scd_bankruptcynotices@grainger.com Nov 04 2017 00:58:27       W W Grainger, Inc.,
                Attn: Special Collections Dept,    MES17871076014,   7300 N Melvina,   Niles, IL 60714-3906
6041831        E-mail/Text: KMORRISS@mvbalaw.com Nov 04 2017 00:58:22      Wylie ISD,   c/o Michael Reed,
                PO Box 1269,    Round Rock, TX 78680-1269
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Discover Bank DB Servicing Corporation
cr*           +American National Bank of Texas,    c/o Stromberg Stock, P.L.L.C.,   Two Lincoln Centre,
                5420 LBJ Frwy, Ste 300,    Dallas, TX 75240-6271
cr*           +CIGPF I Corp.,    c/o NCO Financial Systems, Inc.,   PO box 4941,   Trenton, NJ 08650-4941
cr*            CR Evergreen II, LLC,    MS 550,   PO Box 91121,   Seattle, WA  98111-9221
cr*           +Candica LLC,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
cr*            Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
cr*           +Chase Home Finance LLC,    c/o Steve Turner,   Barrett Daffin Frappier Turner & Engel,
                610 West 5th Street, Suite 602,    Austin, TX 78701-2872
cr*           +Citi Gold Aadvantage Card,    PO Box 6077,   Sioux Falls, SD 57117-6077
cr*           +City of Wylie,    c/o Laurie Spindler Huffman,   Linebarger Goggan Blair & Sampson, LLP,
                2323 Bryan St., Suite 1600,    Dallas, TX 75201-2637
cr*            Collin County Tax Assessor/Collector,    c/o Gay McCall Isaacks et al,   777 East 15th Street,
                Plano, TX  75074-5799
cr*           +Dallas County,    Linebarger Goggan Blair & Sampson, LLP,   c/o Laurie Spindler Huffman,
                2323 Bryan Street Suite 1600,    Dallas, TX 75201-2637
cr*           +Denton County,    c/o Michael Reed,   P O Box 1269,   Round Rock, TX 78680-1269
cr*            Discover Bank,    DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
cr*           +East Bay Funding, LLC,    c/o Resurgent Capital Services,   PO Box 288,
                GREENVILLE, SC 29602-0288
cr*            Home Depot Credit Services,    PO Box 653001,   Dallas, TX  75265-3001
cr*            Internal Revenue Service,    Department of the Treasury,   P.O. Box 7346,
                Philadelphia, PA  19101-7346
cr*            LVNV Funding LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
cr*           +Lindia, LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
cr*            Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,   San Diego, CA  92123-2255
cr*            Navy Federal Credit Union,    PO Box 3000,   Merrifield, VA  22119-3000
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,
                NORFOLK, VA  23541)
cr*            Sherwin Williams,    540 Avenue K,   Plano, TX  75074-8515
cr*           +Vanda, LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
cr*            W W Grainger, Inc.,    Attn: Special Collections Dept,   MES17871076014,   7300 N Melvina,
                Niles, IL  60714-3906
cr*           +Wylie ISD,    c/o Michael Reed,   P O Box 1269,   Round Rock, TX 78680-1269
6053765*      +American National Bank of Texas,    c/o Stromberg Stock P.L.L.C.,   Two Lincoln Centre,
                5420 LBJ Frwy, Ste 300,    Dallas, TX 75240-6271
6099794*       CR Evergreen II, LLC,    MS 550,   PO Box 91121,   Seattle, WA  98111-9221
6006215*       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
6019225*       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
5990998*      +Chase Home Finance LLC,    c/o Steve Turner,   Barrett Daffin Frappier Turner & Engel,
                610 West 5th Street, Suite 602,    Austin, TX 78701-2872
6163437*       Citimortgage, Inc.,    P O BOX 140609,   Irving, TX 75014-0609
5991004*      +Collin County Tax Assessor/Collector,    c/o Gay McCall Isaacks et al,   777 East 15th Street,
                Plano, TX 75074-5799
6155924*      +Denton County,    c/o Michael Reed,   P O Box 1269,   Round Rock, TX 78680-1269
5995573*       Discover Bank,    DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
6308578*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,
                NORFOLK, VA  23541)
```

```
District/off: 0540-4          User: shannonk               Page 3 of 4                  Date Rcvd: Nov 03, 2017
                              Form ID: pdf400              Total Noticed: 51

5991022        ##+Rausch, Sturm, Israel, Enderon & Hornik,   15851 N. Dallas Parkway, Ste 245,
                 Addison, TX 75001-6031
                                                                                          TOTALS: 1, * 34, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2017 at the address(es) listed below:
```
              Cody   Moorse    on behalf of Creditor    Vanda, LLC cmoorse@ursuslaw.com,    ADVNotices@w-legal.com
              David   McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David L.  Woods    on behalf of Creditor    First United Bank & Trust Co. dwoods@mcslaw.com
              David L.  Woods    on behalf of Creditor    First United Bank & Trust Company dwoods@mcslaw.com
              Gregory W.  Mitchell    on behalf of Debtor George D Wigington greg@mitchellps.com
              Gregory W.  Mitchell    on behalf of Plaintiff George Dale Wigington greg@mitchellps.com
              Gregory W.  Mitchell    on behalf of Joint Debtor Teresa L Wigington greg@mitchellps.com
              Gregory W.  Mitchell    on behalf of Plaintiff Teresa L Wigington greg@mitchellps.com
              Gregory W.  Mitchell    on behalf of Plaintiff George D Wigington greg@mitchellps.com
              Gregory W.  Mitchell    on behalf of Debtor    Wylie Investment Group greg@mitchellps.com
              Gregory W.  Mitchell    on behalf of Plaintiff Teresa  Wigington greg@mitchellps.com
              James G.  Rea    on behalf of Creditor    First United Bank & Trust Company jrea@mcslaw.com
              James G.  Rea    on behalf of Creditor    First United Bank & Trust Co. jrea@mcslaw.com
              John M.  Vardeman    on behalf of U.S. Trustee    US Trustee john.m.vardeman@usdoj.gov
              Kadra D.  Alexander    on behalf of Creditor    JPMorgan Chase Bank, N.A., edecf@BDFGROUP.com
              Laurie Spindler  Huffman    on behalf of Creditor    Dallas County laurie.spindler@publicans.com
              Laurie Spindler  Huffman    on behalf of Creditor    City of Wylie laurie.spindler@publicans.com
              Leah   Frazier    on behalf of Creditor    CitiMortgage, Inc. edecf@bdfgroup.com
              Lee   Gordon    on behalf of Creditor    Wylie ISD
               vickie.covington@mvbalaw.com;kim.morriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com;bankruptcy@mvbala
               w.com
              Lee   Gordon    on behalf of Creditor    Denton County
               vickie.covington@mvbalaw.com;kim.morriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com;bankruptcy@mvbala
               w.com
              Marcus   Salitore    on behalf of U.S. Trustee    US Trustee marc.f.salitore@usdoj.gov
              Mark   Stromberg    on behalf of Creditor    American National Bank of Texas mark@strombergstock.com,
               sarah@strombergstock.com;kedrin@strombergstock.com
              Michael   Reed    on behalf of Creditor    Denton County
               denise.gibson@mvbalaw.com;kim.morriss@mvbalaw.com;othercourts@mvbalaw.com
              Michael   Reed    on behalf of Creditor    Wylie ISD
               denise.gibson@mvbalaw.com;kim.morriss@mvbalaw.com;othercourts@mvbalaw.com
              Michael S.  Mitchell    on behalf of Creditor    Collin County Tax Assessor/Collector
               mike@demarcomitchell.com
              Paul K.  Kim    on behalf of Creditor    Navy Federal Credit Union edecf@BDFGROUP.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Richard S.  Ralston    on behalf of Creditor    Lindia, LLC chapter-13@w-legal.com
              Ruth Harris  Yeager    on behalf of Creditor    Internal Revenue Service
               USATXE.BankECFTyl@usdoj.gov;betty.lynch@usdoj.gov

```
```

```
District/off: 0540-4          User: shannonk            Page 4 of 4               Date Rcvd: Nov 03, 2017
                              Form ID: pdf400           Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Sidney H. Scheinberg    on behalf of Creditor   Discover Bank DB Servicing Corporation
               SScheinberg@GodwinLaw.com,
               sidscheinberg@sbcglobal.net;AGottlieb@GodwinLaw.com;TWhiteside@GodwinLaw.com;Gclover@godwinlaw.com
              Steve   Turner    on behalf of Creditor   Chase Home Finance LLC edecf@BDFGROUP.com,
               marshak@BDFGroup.com
              Steve   Turner    on behalf of Creditor   Navy Federal Credit Union edecf@BDFGROUP.com,
               marshak@BDFGroup.com
              Steve   Turner    on behalf of Creditor    JPMorgan Chase Bank, N.A., edecf@BDFGROUP.com,
               marshak@BDFGroup.com
              Steve   Turner    on behalf of Creditor   CitiMortgage, Inc. edecf@BDFGROUP.com,
               marshak@BDFGroup.com
              Timothy W. O'Neal    on behalf of U.S. Trustee   US Trustee USTPRegion06.TY.ECF@USDOJ.GOV
              William Riley Nix    on behalf of Creditor   First United Bank & Trust Co. Riley_Nix@yahoo.com
              William Riley Nix    on behalf of Creditor   First United Bank & Trust Company Riley_Nix@yahoo.com
              William Riley Nix    on behalf of Defendant   First United Bank and Trust Company
               Riley_Nix@yahoo.com
                                                                                              TOTAL: 38